UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MICHAEL SEELIG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-06592-JST<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION TO DISMISS CASE; ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR EXPEDITED HEARING**<br><br>Re: ECF Nos. 5, 9 |

The Court has reviewed Magistrate Judge Thomas Hixson's report and recommendation to dismiss this case without leave to amend. ECF No. 5. Plaintiff Christopher Seelig filed timely objections to the report and recommendation, ECF No. 13, as well as a motion for expedited hearing and several exhibits, ECF Nos. 9, 14, 16.

Judge Hixson concluded that Seelig's claims were subject to dismissal on two independent grounds: that they are brought under federal criminal statutes that do not provide a basis for civil liability, and that they are frivolous. ECF No. 5 at 4–6. In response, Seelig argues that several grounds for civil liability exist and that his claims are not frivolous. ECF No. 13.

Having reviewed the entire record, including all of the documents submitted by Seelig, the Court adopts Judge Hixson's recommendation to dismiss this case without leave to amend. The Court does not decide whether Seelig's claims might arise under statutes giving rise to civil liability because, for the reasons discussed by Judge Hixson, his claims are frivolous and therefore subject to dismissal. ECF No. 5 at 5–6; *see also, e.g.*, *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) ("[F]ederal courts are without power to entertain claims otherwise within their jurisdiction if they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, obviously frivolous, plainly unsubstantial, or no longer open to discussion." (citation

modified)); *Ou-Young v. Rudy*, No. 21-CV-07361-BLF, 2022 WL 2343043, at *3 (N.D. Cal. June 29, 2022) ("Claims that are too insubstantial to give rise to subject matter jurisdiction include those alleging bizarre or wholly implausible conspiracy theories."); *Feng v. Tripp*, No. 24-cv-07539-JST, 2025 WL 1616638, at *2 (N.D. Cal. June 6, 2025) (dismissing complaint without leave to amend under the substantiality doctrine described in *Hagans*).

Because the Court dismisses Seelig's complaint, it denies as moot Seelig's motion for an expedited hearing.  ECF No. 9.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated:  August 21, 2025

						JON S. TIGAR
						United States District Judge

2